UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY NIELSEN,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE LOPEZ, et al.,<br><br>    Defendant. | No.  2:14-cv-2081 KJN P<br><br><br><br>ORDER |

Plaintiff is a civil detainee at Coalinga State Hospital who proceeds pro se with a civil rights complaint pursuant to 42 U.S.C. § 1983, and a request to proceed in forma pauperis. Plaintiff alleges violations of his civil rights by employees of Coalinga State Hospital.  These alleged violations took place in Fresno County, which is part of the Fresno Division of the United States District Court for the Eastern District of California.  See Local Rule 120(d).

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division. Therefore, this action will be transferred to the Fresno Division.  In light of the 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in forma pauperis.

////

////

////

1

1 | Good cause appearing, IT IS HEREBY ORDERED that:

2 | 1. This court has not ruled on plaintiff's request to proceed in forma pauperis;

3 | 2. This action is transferred to the United States District Court for the Eastern District of
4 | California sitting in Fresno; and

5 | 3. All future filings shall reference the new Fresno case number assigned to this case, and
6 | shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

Dated: October 15, 2014

/s/ Kendall J. Newman
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

niel2081.22